UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JUAREZ, | ) | Case No. CV 11-10351 MWF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MARTIN D. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 2, 2012

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE